BEFORE THE SECOND DIVISION, DECEMBER 11, 1941

**No. 46675.**—Protest 62806–K of Eurasia Import Co. (New York).

Opinion by TILSON, J. At the trial it was stipulated that some of the braids are in chief value of ramie. One of the patterns in question was therefore held dutiable at 24 cents per pound but not less than 22½ percent nor more than 45

percent ad valorem under paragraph 1504 (a) and T. D. 48093 as claimed. Abstract 46135 cited.